IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Norfolk Division

| | |
|---|---|
| ROBERT BOGATITUS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>                    Plaintiff,<br>      vs.<br><br>COMMONWEALTH BANKSHARES, EDWARD J. WOODARD, JR., CYNTHIA A. SABOL, STEPHEN G. FIELDS, SIMON HOUNSLOW, TROY BRANDON WOODARD, CHRIS E. BEISEL, MORTON GOLDMEIER, E. CARLTON BOWYER, Ph.D., THOMAS W. MOSS JR., HERBERT PERLIN, KENNETH YOUNG, AND WILLIAM D. PAYNE,<br><br>                    Defendants. | CASE NO.: 2:13-cv-00032-AWA-DEM<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)** |

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Robert Bogatitus hereby voluntarily dismisses the above-captioned action, without prejudice as to all defendants. As grounds therefor, Plaintiff states that: (1) no defendant has filed an answer or a motion for summary judgment; (2) this dismissal will not bind or prejudice any party or member of the putative class; and (3) a similar action is pending in this Court, entitled *Masterson v. Commonwealth Bankshares, et al.*, 2:13-cv-00062-MSD-DEM.

1

Dated: February 8, 2013	Respectfully submitted,

**COHEN MILSTEIN SELLERS & TOLL PLLC**

/s/ Elizabeth Aniskevich
Steven J. Toll (Va. Bar No. 15300)
Daniel S. Sommers
S. Douglas Bunch
Elizabeth Aniskevich (Va. Bar No. 81809)
1100 New York Ave., N.W.
Suite 500, West Tower
Washington, DC  20005-3965
Phone: (202) 408-4600
Fax: (202) 408-4699
Email: stoll@cohenmilstein.com
dsommers@cohenmilstein.com
dbunch@cohenmilstein.com
eaniskevich@cohenmilstein.com

*Liaison Counsel for Plaintiff*

-and-

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq.
Phillip Kim, Esq.
275 Madison Avenue, 34th Floor
New York, NY  10016
Phone: (212) 686-1060
Fax: (212) 202-3827

*Attorneys for Plaintiff*